IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CASE NO. 5:16-CR-50027-001

LESLIE ERIN CURTIS     DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 62) of Magistrate Judge Erin L. Wiedemann, filed on June 14, 2018. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 62) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion for Concurrent Sentence (Doc. 60) is **DENIED**.

**IT IS SO ORDERED** on this 5th day of July, 2018.

    /s/ Timothy L. Brooks
    TIMOTHY L. BROOKS
    UNITED STATES DISTRICT JUDGE